| AO257 (USAO Rev. 6/99) | Marshal's Office/Clerk's Office | H 07 28 PER 18 U.S.C. 3170 |

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ Complaint ☐ Information ☐ Indictment

**DEFENDANT - U.S. vs.**

MIGUEL ANGEL GONZALEZ WONG

Name of District Court, and/or Judge/Magistrate Location (City)

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

Address: [redacted]

Birth Date: [redacted]

☑ Male ☐ Alien
☐ Female (if applicable)

Name and Office of Person Furnishing Information on THIS FORM: DONALD J. DeGABRIELLE, JR., USA
☑ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned): Jesse Rodriguez, AUSA

Social Security Number: [redacted]

FILED SEP 1 2007
Michael N. Milby, Clerk of Court

## Proceeding

Name of Complainant Agency, or Person (& Title, if any)

ICE   Abraham Narvaez

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y   ☐ Defense

SHOW DOCKET NO.

☐ this prosecution relates to pending case involving this same defendant

MAG. JUDGE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under

Place of offense: Southern District of Texas

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

## Defendant

**IS NOT IN CUSTODY**

1) ☑ Has not been arrested, pending outcome this proceeding if not detained give date any prior summons was served on above charges
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☐ On this charge
5) ☐ On another conviction    } ☐ Fed'l ☐ State
6) ☐ Awaiting trial on other charges

If answer to (6) is "Yes", show name of institution

Has detainer been filed?   ☐ Yes   ☑ No    } If "Yes" give date filed

DATE OF ARREST ►

Or . . . if Arresting Agency & Warrant were not Federal

DATE TRANSFERRED TO U.S. CUSTODY

☐ This report amends AO 257 previously submitted

## OFFENSE CHARGED - U.S.C. CITATION - STATUTORY MAXIMUM PENALTIES - ADDITIONAL INFORMATION OR COMMENTS

Ct. 1: Conspiracy to Possess With Intent to Distribute a Controlled Substanc [21 USC 846, 841(a)(1) and (b)(1)(A).

Ct. 6: Possession with Intent to Distribute a Controlled Substance [21 USC 841(a)(1) & 2]

Ct. 7: Conspiracy to Launder Monetary Instruments [18 USC 1956(h).

**Penalties**

Ct1 & 6: Not less than 10 yrs or more than life in prison; a fine up to $4,000,000 & at least 5 yrs SR.
Ct. 7:   Up to 20 yrs and a fine of $250,000 or twice the amount of money involved in the transaction. SR up to 5 yrs.