SEALED

UNSEALED PER 2/27/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § § § § § § § § § § § § § § | CRIMINAL NO: **H 07 28** |
| v. | | |
| MIGUEL ANGEL GONZALEZ WONG | | |

## ORDER FOR ISSUANCE OF BENCH WARRANT

A     <u>CRIMINAL INDICTMENT</u>     has been returned against the defendant listed

below.

It is ORDERED that a warrant be issued for the arrest of said defendant. Upon arrest and

appearance, a judicial determination shall be made as to detention or release on conditions. The

United States Government recommends to the Court the following:

<u>Defendant</u>

MIGUEL ANGEL GONZALEZ WONG

☑ DETENTION

☐ RELEASED ON CONDITIONS

☐ APPEARANCE BOND IN THE
    AMOUNT OF: $

SIGNED at Houston, Texas, on    2-01    , 20 07.

UNITED STATES MAGISTRATE JUDGE